| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| | ) SS: | **02D02-2108-CT-000418** |
| COUNTY OF ALLEN | ) | CAUSE NO. _Allen Superior Court 2_ |

| | |
|---|---|
| ALICEJAI M. BROOKS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PRAIRIE FARMS DAIRY, INC., AND | ) |
| MEDICAL STAFFING SOLUTIONS, LLC | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff Alicejai M. Brooks alleges against Defendants that:

1. The Plaintiff is Alicejai M. Brooks filed a Charge of Discrimination (No. 470-2021-00297 and No. 470-2021-00332) on or about October 26, 2020, copies of which are attached hereto, and made apart hereof, and incorporated herein as Exhibits A and B. The Equal Employment Opportunity Commission ("EEOC") issued Notices of Right to Sue on or about May 12, 2021 (attached hereto and apart hereof as Exhibit C & D), and this Complaint has been filed within ninety days after receipt thereof.

2. The Defendant Prairie Farms Dairy, Inc., is a corporation authorized to do business in the state of Indiana and does so at 3400 Lima Road, Fort Wayne, IN 46805. Prairie Farms Dairy, Inc., is headquartered at 3744 Staunton Road, Edwardsville, IL 62025. The Registered Agent is Corporation Service Company 135 N. Pennsylvania Street, Suite 1610, Indianapolis, IN 46204. Prairie Farms Dairy Inc., is an "employer" for purposes of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*. ("Title VII").

–1–

3. The Defendant Medical Staffing Solutions, LLC is a corporation authorized to do business in the state of Indiana and does so at 9700 Highway 57 N., Suite A, Evansville, IN 47725. Medical Staffing Solutions, LLC is headquartered at 9700 Highway 57 N., Suite A, Evansville, IN 47725. The Registered Agent is Corporation Service Company, 135 N. Pennsylvania Street, Suite 1610, Indianapolis, IN 46204. Medical Staffing Solutions, LLC is an "employer" for purposes of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*. ("Title VII") and the Pregnancy Discrimination Act of 1978.

4. Plaintiff was approximately eight months pregnant when she was placed by Medical Staffing Solutions with Prairie Farms.

5. Plaintiff has a sex-related/pregnancy-medical condition wherein her medicine would cause her to go to the restroom excessively, creating issues with her bowels and made it such that she could not stop vomiting, and causing her nausea and fatigue.

6. When Plaintiff showed up for work on July 22, 2020, she was told by a Prairie Farms' manager that she needed to call them because she had been replaced.

7. Plaintiff explained to the Prairie Farms manager that she had a contract and had a medical document excusing her absence.

8. Suddenly, Plaintiff went from a 36-hour contract employee down to a 12-hour-to-24-hour contract.

9. Plaintiff explained to Medical Staffing Solutions that he employment agreement had been breached.

10. Prairie Farms replaced Plaintiff with someone who was not pregnant.

–2–

11. When Plaintiff was first viewed by a management representative of Prairie Farms, the representative exclaimed, "Wow! You're pregnant!".

12. The management representative for Prairie Farms displayed body language and a sarcastic tone showing that Plaintiff's pregnancy was, indeed, a problem and she stared at Plaintiff's belly.

13. Plaintiff responses to the Prairie Farms' management representative, "Yes" that she was pregnant.

14. The Prairie Farms' management representative states, "You're aware we may not need you tomorrow?"   This happened on July 27, 2020.

15. Indeed, Plaintiff was terminated, and Plaintiff claims that she was terminated on account of her sex and pregnancy.

16. As a result of the discrimination based upon sex, and as a result of the retaliation for engaging in the protected activity of explaining her pregnancy and medical conditions while working for Defendants Medical Staffing and Prairie Farms, Plaintiff lost her job and job-related benefits including income.  Plaintiff experienced humiliation, embarrassment, financial distress, emotional distress, mental anguish, and other damages and injuries for which she seeks compensatory damages.

17. The Defendants, Medical Staffing Solutions and Prairie Farms, acted intentionally and in reckless disregard of Plaintiff's federally protected civil rights, warranting an award of punitive damages.

WHEREFORE, Plaintiff prays for judgment against the Defendants, and each of them, for backpay, front pay, compensatory damages, punitive damages, reasonable attorney's fees and costs

and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

MYERS ♦ SMITH ♦ WALLACE, LLP


*/s/Christopher C. Myers*
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone:  (260) 424-0600
Facsimile:  (260) 424-0712
E-mail:  cmyers@myers-law.com
*Counsel for Plaintiff*

02D02-2108-CT-000418    EEOC Indianapolis District Office    Filed: 8/6/2021 11:53 AM
Clerk
Allen County, Indiana
RJ
USDC IN/ND case 1:21-cv-00341-WGL-SLC    document 3    filed 08/06/21    page 5 of 10
OCT/26/2020/MON 04:25 PM    Allen Superior Court No. 2    FAX No.    RECEIVED 10/26/20
470-2021-00332

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

Equal Employment Opportunity Commission _____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Alicejai Brooks | (260) 760-2164 | 11/30/1989 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2924 Homedale Drive | Fort Wayne, IN 46816 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Medical Staffing Solutions, LLC | 25+ | (812) 469-6877 |

| Street Address | City, State and ZIP Code |
|---|---|
| 9700 Highway 57 N., Suite A | Evansville, IN 47725 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Prairie Farms Dairy, Inc. | 50+ | (260) 483-6436 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3400 Lima Road | Fort Wayne, IN 46805 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☒ SEX Pregnancy   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ Other:

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 7/27/2020   Latest: 7/29/2020
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

I. The Complainant, Alicejai M. Brooks, claims that she was discriminated against and discharged on account of her sex (female) and her pregnancy, and she was discharged out of retaliation for complaining about pregnancy discrimination, all contrary to the provisions of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e) ("Title VII") and the Pregnancy Discrimination Act of 1978. Complainant was a joint employee of Medical Staffing Solutions, LLC and Prairie Farms Dairy, Inc. Complainant was approximately eight (8) months pregnant when she was placed by Medical Staffing Solutions with Prairie Farms. Complainant had a sex-related/ pregnancy-related medical condition wherein her medicine would cause her to go to the restroom constantly, creating issues with her bowels and made it such that she could not stop vomiting, and causing her nausea and fatigue.

II. When Complainant showed up for work on July 22, 2020, she was told by a Prairie Farms employee that she needed to call them because she had been replaced. Complainant explained that she had a contract and had a medical document excusing her absence. All of the sudden Complainant went from a 36-hour contract employee down to a 12-hour -to- a 24-hour contract. Complainant explained to Medical Staffing Solutions that her employment agreement had been breached. Prairie Farm replaced Complainant with someone who was not pregnant. When Complainant was first viewed by a representative of Prairie Farms, the representative exclaimed, "Wow! You're pregnant!" Her body language and sarcastic tone showed that was, indeed, a problem and she stared at her belly. Complainant responded, "Yes" that she was pregnant. The

EXHIBIT A

Continued on Page 2

03:48:00 p.m. 10-26-2020    6
OCT/26/2020/MON 04:26 PM
USDC IN/ND case 1:21-cv-00341-WCL-SLC   document 3   filed 08/06/21   page 6 of 10
EEOC
Indianapolis District Office
RECEIVED 10/26/20
470-2021-00332

representative stated, "You're aware we may not need you tomorrow?". This happened on July 27, 2020.

III. Complainant states that as a result of her being terminated on account of her sex and pregnancy, Complainant lost her job and job-related benefits including income. Respondents Medical Staffing Solutions and Prairie Farms acted intentionally and in reckless disregard of Complainant's federally protected civil rights under Title VII/Pregnancy Discrimination Act. Complainant suffered a loss of her job, loss of income, embarrassment, humiliation, inconvenience, mental anguish, emotional distress, and other damages and injuries. Complainant deserves back pay, compensatory damages, and punitive damages.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10/26/2020
Date

Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

LORI KAY KOLB
Seal
Notary Public - State of Indiana
Allen County
My Commission Expires Dec 20, 2024

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | EEOC Indianapolis District Office<br>RECEIVED 10/26/20<br>470-2021-00297 |

Equal Employment Opportunity Commission
State or local Agency, if any                              and EEOC

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Alicejai Brooks | (260) 760-2164 | 11/30/1989 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2924 Homedale Drive | Fort Wayne, IN 46816 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Medical Staffing Solutions, LLC | 25+ | (812) 469-6877 |

| Street Address | City, State and ZIP Code |
|---|---|
| 9700 Highway 57 N., Suite A | Evansville, IN 47725 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Prairie Farms Dairy, Inc. | 50+ | (260) 483-6436 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3400 Lima Road | Fort Wayne, IN 46805 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX Pregnancy  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ Other:

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 7/27/2020   Latest: 7/29/2020
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

I. The Complainant, Alicejai M. Brooks, claims that she was discriminated against and discharged on account of her sex (female) and her pregnancy, and she was discharged out of retaliation for complaining about pregnancy discrimination, all contrary to the provisions of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e) ("Title VII") and the Pregnancy Discrimination Act of 1978. Complainant was a joint employee of Medical Staffing Solutions, LLC and Prairie Farms Dairy, Inc. Complainant was approximately eight (8) months pregnant when she was placed by Medical Staffing Solutions with Prairie Farms. Complainant had a sex-related/pregnancy-related medical condition wherein her medicine would cause her to go to the restroom constantly, creating issues with her bowels and made it such that she could not stop vomiting, and causing her nausea and fatigue.

II. When Complainant showed up for work on July 22, 2020, she was told by a Prairie Farms employee that she needed to call them because she had been replaced. Complainant explained that she had a contract and had a medical document excusing her absence. All of the sudden Complainant went from a 36-hour contract employee down to a 12-hour -to- a 24-hour contract. Complainant explained to Medical Staffing Solutions that her employment agreement had been breached. Prairie Farm replaced Complainant with someone who was not pregnant. When Complainant was first viewed by a representative of Prairie Farms, the representative exclaimed, "Wow! You're pregnant!" Her body language and sarcastic tone showed that was, indeed, a problem and she stared at her belly. Complainant responded, "Yes" that she was pregnant. The

EXHIBIT B

Continued on Page 2

representative stated, "You're aware we may not need you tomorrow?" This happened on July 27, 2020.

III. Complainant states that as a result of her being terminated on account of her sex and pregnancy, Complainant lost her job and job-related benefits including income. Respondents Medical Staffing Solutions and Prairie Farms acted intentionally and in reckless disregard of Complainant's federally protected civil rights under Title VII/Pregnancy Discrimination Act. Complainant suffered a loss of her job, loss of income, embarrassment, humiliation, inconvenience, mental anguish, emotional distress, and other damages and injuries. Complainant deserves back pay, compensatory damages, and punitive damages.

EEOC
Indianapolis District Office
RECEIVED 10/26/20
470-2021-00297

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

10/26/2020
Date      Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

LORI KAY KOLB
Seal
Notary Public - State of Indiana
Allen County
My Commission Expires Dec 20, 2024

EEOC Form 161-B (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Filed: 8/6/2021 11:53 AM
Clerk
Allen County, Indiana
RJ

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Alicejai Brooks<br>2924 Homedale Drive<br>Fort Wayne, IN 46816 | **02D02-2108-CT-000418**<br>Allen Superior Court 2 | From: | Indianapolis District Office<br>101 West Ohio Street<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL *(29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2021-00332 | Michelle D. Ware,<br>Enforcement Supervisor | (463) 999-1184 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice**. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Michelle Eisele* (signature)

05/12/2021

Enclosures(s)

**Michelle Eisele,
District Director**

*(Date Issued)*


EXHIBIT C

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**NOTICE OF RIGHT TO SUE** *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: Alicejai Brooks<br>2924 Homedale Drive<br>Fort Wayne, IN 46816 | 02D02-2108-CT-000418 Indianapolis District Office<br>Allen Superior Court 2    101 West Ohio Street<br>Suite 1900<br>Indianapolis, IN 46204 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2021-00297 | Michelle D. Ware,<br>Enforcement Supervisor | (463) 999-1184 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Michelle Eisele*           05/12/2021

Michelle Eisele,
District Director           *(Date Issued)*

Enclosures(s)

cc: Brian L. McDermott
Attorney at Law
JACKSON LEWIS P.C.
211 N. Pennsylvania Street
Suite 1700
Indianapolis, IN 46204

Christopher C. Myers
Attorney at Law
CHRISTOPHER C. MYERS & ASSOCIATES
809 S. Calhoun Street
Suite 400
Fort Wayne, IN 46802

EXHIBIT D